UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

DAIN MARLAIS                                                                CIVIL ACTION

VERSUS                                                                          NO. 24-1190

MICHELLE KING,                                                          SECTION "A" (3)
ACTING COMMISSIONER OF SOCIAL SECURITY

## **ORDER**

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the objection to the Magistrate Judge's Report and Recommendation, hereby remands this matter to the Commissioner for further proceedings as explained below.

In his objection the petitioner argues that the Commissioner improperly refused to consider substantial evidence, obtained after the ALJ's period of consideration. This substantial evidence was obtained via genetic testing which later revealed that the petitioner may suffer from a degenerative disorder, which manifested in 2012 and may advance over time. The magistrate judge concluded that the petitioner had not shown good cause for his failure to obtain the genetic testing and related medical opinions earlier in time so as to have it considered with the application for benefits.

The Court is persuaded that the petitioner has shown good cause for his failure to obtain the genetic testing and related results while his case was pending before the ALJ. The petitioner has explained that he was unaware of the potential for such testing until a medical professional (Dr. Faust) recommended such testing from yet another provider

1

(Dr. Courseault). The petitioner is not a medical professional and therefore had no knowledge regarding the possibility of such testing until his doctor recommended it. The Court is persuaded that this evidence constitutes substantial evidence of the petitioner's alleged disability, that he has shown good cause for not obtaining it earlier, and that the evidence should be considered by the Commissioner on remand.

In sum, the Court agrees with the petitioner's contention that this case should be remanded to the Commissioner so that the ALJ can properly consider all of the medical evidence, particularly the results of the genetic testing which revealed that the petitioner may suffer from Ehlers-Danlos Syndrome. The ALJ must then reconsider the determination as to benefits, based on the substantial evidence in the record.

Accordingly, IT IS ORDERED that Petitioner's Objection (Rec. Doc. 12) is GRANTED insofar as the Commissioner's unfavorable decision is vacated and this matter is remanded to the Commissioner for further proceedings in accordance with this opinion.

February 21, 2025

_____
UNITED STATES DISTRICT JUDGE